**Matthew JONES, Plaintiff Below, Appellant,**

v.

**Dr. Anis AHMED and Connections Community Support Programs, Defendants Below, Appellees.**

No. 377, 2017

Supreme Court of Delaware.

Submitted: October 5, 2017
Decided: October 31, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. S17C–07–013

DISMISSED.

■

**Laurence PETERSEN,\* Respondent Below, Appellant,**

v.

**Caleb MANNS, Ashley Manns, Tyler Dacosta, Victoria Dacosta, Petitioners Below, Appellees.**

No. 285, 2017

Supreme Court of Delaware.

Submitted: October 13, 2017
Decided: November 1, 2017

Court Below—Family Court of the State of Delaware, File Nos. CS10–01739, CS11–02058, Pet. Nos. 16–26621, 16–26637

DISMISSED.

■

**Daniel BALDWIN,[1] Respondent Below, Appellant,**

v.

**DIVISION OF FAMILY SERVICES, Petitioner Below, Appellee.**

No. 79, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017
Decided: November 1, 2017

Court Below: Family Court of the State of Delaware, File Nos. 16–12–02 TN, CN15–06524, Pet. Nos. 16–36945, 15–37830

AFFIRMED.

■

**Zackary FERRY, Defendant–Below, Appellant,**

v.

**STATE of Delaware, Plaintiff–Below, Appellee.**

No. 39, 2017

Supreme Court of Delaware.

Submitted: October 18, 2017
Decided: November 1, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1601004542 (N)

AFFIRMED.

---

\* The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).

1. By order dated February 23, 2017, the Court ordered assigned a pseudonym for the captions in this appeal under Supreme Court Rule 7(d).